■ ANTHONY MORENO v. MARBIL PRODUCTIONS, INC., et al.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER JOSEPH MAIKISCH.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CHABETAYE CHRAIME v. EZRA CATTAN et al.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ IRMA TEXTILE CORP. v. ELK PIECE DYE WORKS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ZITA TURTLE, as Administratrix of SIDNEY TURTLE, Deceased, v. MOUNT SINAI HOSPITAL et al.— Motion denied, without prejudice to a renewal thereof upon a proper showing of the merits of the appeal. Concur — M. M. Frank, J. P., Valente, McNally and Stevens, JJ.

■ JAY L. FIERST v. MESECK STEAMBOAT CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for January 5, 1960. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of SENATOR ROBERT A. TAFT HOUSES. MICHAEL JANICKI; CITY OF NEW YORK.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CYNTHIA J. THARAUD v. JAMES BROS. REALTY CO., INC., et al.— Motion granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to be served and filed, to and including November 9, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before December 7, 1959, reply briefs to be served and filed on or before December 17, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.